**STATE of Missouri, Respondent,**

v.

**Richard W. AUSTINSON, Appellant.**

**No. WD 39067.**

Missouri Court of Appeals,
Western District.

Dec. 8, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 1988.

Application to Transfer Denied
March 15, 1988.

Willard B. Bunch and John E. Cash, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

**ORDER**

PER CURIAM:

Direct appeal from a jury conviction for arson, second degree, in violation of § 569.050, RSMo 1986, and stealing over $150.00, in violation of 570.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Frank WEALOT, Appellant.**

**No. WD39197.**

Missouri Court of Appeals,
Western District.

Dec. 8, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 1988.

Application to Transfer Denied
March 15, 1988.

Sean D. O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jared R. Cone, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and GAITAN and COVINGTON, JJ.

**ORDER**

PER CURIAM:

Frank Wealot appeals conviction by a jury of forcible rape in violation of § 566.030, RSMo 1986.

Judgment affirmed. Rule 30.25(b).